**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | |
| v. | Case No.:  1:17-cv-00816-RTK |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's minute order dated October 31, 2017, the parties, by and through undersigned counsel, report to the Court as follows.

1.       This lawsuit involves two Freedom of Information Act ("FOIA") requests directed to the United States Environmental Protection Agency ("EPA") that were both submitted on February 28, 2017.  One FOIA request seeks EPA Administrator Scott Pruitt's communications and the other FOIA request seeks Administrator Pruitt's calendar and schedule.

2.       On October 4, 2017, EPA provided certain additional records subject to FOIA in response to the FOIA request for Administrator Pruitt's schedule, and redacted portions of the schedule pursuant to various FOIA exemptions, including Exemption 5, 5 U.S.C. § 552(b)(5), Exemption 6, 5 U.S.C. § 552(b)(6), Exemption 7(A), 5 U.S.C. § 552(b)(7)(C), Exemption 7(F), 5 U.S.C. § 552(b)(7)(F). The October 4, 2017 response includes updated redactions for the dates February 17- February 28, and it also includes additional calendar entries through May 18, 2017 responsive to the Center's later-filed requests, which are not at issue in this lawsuit at this time.

3.      On November 17, 2017, EPA provided certain records subject to FOIA in response to the FOIA request for Administrator Pruitt's correspondence, and redacted portions of some of the correspondence pursuant to various FOIA exemptions, including Exemption 5, 5 U.S.C. § 552(b)(5), Exemption 6, 5 U.S.C. § 552(b)(6), and Exemption 7(C), 5 U.S.C. § 552(b)(7)(C).  This production consisted of the responsive email correspondence records, and a portion of the responsive correspondence from EPA's Correspondence Management System ("CMS").

4.      Today, EPA provided additional records subject to FOIA in response to the FOIA request for Administrator Pruitt's correspondence, and redacted portions of some of the correspondence pursuant to FOIA Exemption 6, 5 U.S.C. § 552(b)(6). EPA contends that this production consisted of the remaining responsive correspondence from the agency's Correspondence Management System ("CMS").  EPA also provided a description of documents withheld in full from both the November 17, 2017 and November 30, 2017 productions.

5.      EPA's also searched for other correspondence and records listed in Plaintiff's request, including text messages, instant messages, and phone logs.  EPA did not locate any responsive instant messages.  EPA intends to provide Plaintiff with any responsive, non-exempt results of its search for text messages and phone logs by December 15, 2017.

6.      Parties have been unable to reach an agreement on the reasonable cut-off date for EPA's search.  The Center plans to file a similar case to obtain Administrator Pruitt's communications that post-date the date of the Center's request at issue in this action, and to include a claim(s) or argument(s) challenging EPA's use of the date of the Center's request as the cut-off date.

5.     The parties request that they be given to January 5, 2018, in which to file a further

proposed schedule in this case.

6.     Nothing in this Joint Status Report shall be construed as an admission or

stipulation by Plaintiff that any action(s) by EPA described herein constitutes full compliance

with FOIA by EPA.


DATED: November 30, 2017                    Respectfully submitted,



                                            JESSIE K. LIU
                                            D.C. BAR # 472845
                                            United States Attorney
                                               for the District of Columbia

                                            DANIEL VAN HORN,
                                            D.C. Bar #924092
                                            Chief, Civil Division


                                            */s/ Marina Utgoff Braswell*
                                            MARINA UTGOFF BRASWELL
                                            D.C. Bar #416587
                                            Assistant United States Attorney,
                                            555 4th Street, N.W.
                                            Washington, D.C.  20530
                                            Tel: (202) 252-2561
                                            Marina.Braswell@usdoj.gov

                                            *Of counsel:*
                                            Lynn Kelly
                                            Office of General Counsel
                                            U.S. Environmental Protection Agency

                                            *Attorneys for Defendant*

                                            AND

                                            */s/ Margaret E. Townsend*
                                            Margaret E. Townsend (D.C. Bar No. OR0008)
                                            Center for Biological Diversity

P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*/s/ Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

*Attorneys for Plaintiff*